IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13cr160-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER OF FORFEITURE** |
| | ) | |
| CALVIN CANTRELL ESTRICH, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the Government's Motion for Order of Forfeiture (#33). Despite the passage of more than 10 days, Defendant has not filed a written response.

THIS COURT FINDS AS FOLLOWS:

1.      The Bill of Indictment (#1) in this case charged Defendant with, among other offenses, violations of 18 U.S.C. §§ 1347 and 1349.  The Indictment also provided notice that property was subject to forfeiture pursuant to 18 U.S.C. § 982, and specifically identified a $462,178 forfeiture money judgment as subject to forfeiture.

2.      Following a four day jury trial, Defendant was convicted of the 18 U.S.C. §§ 1347 and 1349 offenses set forth in the Indictment.

3.      For purposes of Fed. R. Crim. P. 32.2 and based on the Indictment and conviction, as well as the trial record, including Exhibit 13a, which sets forth the proceeds of the fraud, and the sentencing materials, the Government has established the amount of the money judgment.

4.      Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to Defendant at the time of sentencing and shall be made part of the sentence and included in the

judgment.

5.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this
Order of Forfeiture as to substitute property to satisfy the money judgment in whole or in part.

## ORDER

**IT IS THEREFORE ORDERED** that, the Government's Motion for Order of Forfeiture
(#33) is **GRANTED** and, based upon 18 U.S.C. § 982, this Order shall constitute a money
judgment for the following property:

> **A forfeiture money judgment in the amount of $462,178, such amount constituting
> the proceeds of the Count One and Counts Two through Five violations set forth in
> the Bill of Indictment.**

Signed: December 2, 2014

Max O. Cogburn Jr.
United States District Judge